UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff,

Civil Action No.13-20670
HONORABLE GERSHWIN A. DRAIN

v.

AMEEN PERRYBEY,

                        Defendant.

_____/

## ORDER HOLDING CASE IN ABEYANCE

Defendant filed a Motion to Vacate Sentence under 28 U.S.C. § 2255 on June 28, 2016. Thereafter, the Court denied the Government's Motion to Stay the instant § 2255 proceedings. Dkt. No. 81. Based on the Sixth Circuit's recent opinion in *In re: Alford D. Embry, Movant*, No. 16-5447, 2016 WL 4056056 (6th Cir. Jul. 29, 2016), the Court must revisit the issue of a stay and hold this matter in abeyance until the Supreme Court issues a decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (U.S. Jun. 27, 2016). Accordingly, this matter is HEREBY STAYED pending the Supreme Court's decision in *Beckles v. United States*.

SO ORDERED.

-1-

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: August 1, 2016

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Ameen Perrybey, Register No. 48970-039, P.O. Box 8000, Bradford, PA, 16701-0980, on August 1, 2016, by electronic and/or ordinary mail.

/s/ Shawna Burns on behalf of Tanya Bankston
Case Manager